GLP ACQUISITION CORPORATION *v.* CADWELL
HOERLE ET AL.*

The plaintiff's petition for certification for appeal
from the Appellate Court (AC 17654) is granted, limited
to the following issue:

"Did the Appellate Court properly dismiss this appeal
for untimeliness of filing?"

The Supreme Court docket number is SC 15855.

*Kimball Haines Hunt,* in support of the petition.

*John H. Burns,* in opposition.

Decided January 15, 1998

STATE OF CONNECTICUT *v.* JUANITA MARTIN

The defendant's petition for certification for appeal
from the Appellate Court, 47 Conn. App. 913 (AC 12071),
is denied.

*Juanita H. Martin,* pro se, in support of the petition.

*Lisa Herskowitz,* assistant state's attorney, in opposition.